424 A.2d 508

In re ESTATE OF Lena W. DOVIN.

Appeal of Paul W. DOVIN.

Supreme Court of Pennsylvania.

Argued Oct. 14, 1980.

Decided Feb. 4, 1981.

James J. Marlowe, II, Westchester, for appellant.

Leo M. Stepanian, Butler, for appellee.

OPINION OF THE COURT

PER CURIAM:

The rule to show cause is discharged and the application for stay without posting the required security is denied.